**IT IS ORDERED as set forth below:**

**Date: March 7, 2025**

_____

**Barbara Ellis-Monro**
**U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| KURNOLLION ELLEN BUTLER, | : | CASE NO.  25-51339 - BEM |
| | : | |
| DEBTOR. | : | |
| _____ | : | _____ |
| | : | |
| MARY IDA TOWNSON, | : | |
| UNITED STATES TRUSTEE, | : | |
| | : | |
| MOVANT, | : | |
| vs. | : | CONTESTED MATTER |
| KURNOLLION ELLEN BUTLER, | : | |
| | : | |
| RESPONDENT. | : | |

**ORDER GRANTING UNITED STATES TRUSTEE'S OBJECTION TO THE DISCHARGE OF DEBTOR PURSUANT TO SECTION 727(a)(8)**

On February 11, 2025, the United States Trustee filed and served a motion for denial of discharge in the case of Kurnollion Ellen Butler (the "Debtor") pursuant to Bankruptcy

Code section 727(a)(8). (Dkt No. 9) (the "Motion") The United States Trustee contends that cause exists for the denial of Debtor's discharge pursuant to Section 727(a)(8).

On February 7, 2025, Debtor filed a voluntary petition under chapter 7 of the Bankruptcy Code (the "2025 Case") (Dkt. No. 1). Records maintained by the Clerk of Court for the Northern District of Georgia show that on September 14, 2018, Debtor commenced Case No. 18-65449-pwb by filing a voluntary petition for relief under chapter 7 (the "2018 Case") (Case No. 18-65449-pwb, Dkt. No. 1). Records maintained by the Clerk of Court for the Northern District of Georgia show that on March 6, 2019, the Court granted Debtor a chapter 7 discharge in the 2018 Case (Case No. 18-65449-pwb, Dkt. No. 38).

Section 727(a)(8) provides that the Court shall grant a debtor a discharge, unless a debtor has been granted a chapter 7 discharge in a case commenced within eight years before the date of the filing of the petition.  Having received a chapter 7 discharge in the 2018 Case, 11 U.S.C. § 727(a)(8) prohibits Debtor from receiving a chapter 7 discharge in the 2025 Case as it was filed fewer than eight years after the 2018 Case.

On February 11, 2025, the United States Trustee filed and served a Notice of Motion Objecting to Debtor's Discharge, Deadline to Object, and Hearing (the "Notice") (Dkt. No. 10).  Pursuant to General Order 24-2018, the Court may consider the Motion without further notice or hearing if no party in interest files a response or objection within 21 days from the date of service of the Notice. The docket shows no one filed a response or objection to the Motion within 21 days from the date of service of the Notice. Accordingly,

there being no objection and good cause having been shown for granting the relief requested, it is hereby

**ORDERED** that pursuant to 11 U.S.C. § 727(a)(8) Kurnollion Ellen Butler is not entitled to a discharge in case number 25-51339-BEM. It is further

**ORDERED** that the Clerk shall serve a copy of this order on Debtor, the United States Trustee, the Chapter 7 Trustee, and all creditors and parties in interest in this case.

**[END OF DOCUMENT]**

Order prepared and submitted by:
_____/s/_____
Alan Hinderleider
Georgia Bar No. 938543
United States Department of Justice
Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303
(404) 331-4464
Alan.Hinderleider@usdoj.gov

**DISTRIBUTION LIST:**

Kurnollion Ellen Butler
27 Park Ave
Atlanta, GA 30315

Alan Hinderleider
Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, Georgia 30303

Mailing Matrix

S. Gregory Hays
Hays Financial Consulting, LLC
Suite 555, 2964 Peachtree Road
Atlanta, GA 30305